

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-14-00120-CR

Style:        The State of Texas v. Allen Tercero

Date motion filed[*]:    December 17, 2014

Type of motion:    State's Motion for Permission to File Post-Submission Letter Brief and

Post-Submission Letter Brief

Party filing motion:    Appellant

Document to be filed:    Post-Submission Letter Brief

Is appeal accelerated?    No

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  January 12, 2015 (Appellee's Response)

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    The State's motion for permission to file a post-submission letter brief, including its
    3-page brief, is granted and the Clerk of this Court is directed to docket this motion
    also as a letter brief.  However, because the State's motion did not include a certificate
    of conference, the Court sua sponte grants appellee leave to file a response, if any, no
    more than 3 pages long within 20 days of the date of this order.  Accordingly, if the
    appellee does not file any response by January 12, 2015, the Court may reset this case
    at issue without his response without further notice.  *See* TEX. R. APP. P. 38.9(a).

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

Date:  December 23, 2014

November 7, 2008 Revision